**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

---

AF HOLDINGS LLC,

      Plaintiff,

v.

BOBBY RAMOS,

      Defendant.

CASE NO.12- cv-4232

Judge: Hon. Robert W. Gettleman

---

**AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, AF HOLDINGS, LLC and Defendant Bobby Ramos, by and through their undersigned attorneys, respectfully request that the Court dismiss all claims in this action with prejudice, and for all parties to pay their own court costs and attorney fees, pursuant to the parties' amicable resolution of the case.

**DATED:** March 14, 2013

PLAINTIFF AF HOLDINGS LLC

By:    s/ Paul A. Duffy

Paul A. Duffy (Bar No. 6210496)
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Phone: 312-880-9160
Fax: 312-893-5677
E-mail: paduffy@wefightpiracy.com
*Attorney for Plaintiff*

DEFENDANT BOBBY RAMOS

By:    s/ James M. Chesloe

James Michael Chesloe
Attorney at Law
1030 South LaGrange Road, Suite 11
LaGrange, IL 60525
Phone 708/579-5353
E-mail jcheslaw@gmail.com
*Attorney for Defendant*

---

1